# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LACHAUNTI WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:23-cv-309 |
| UNITED STATES OF AMERICA, | ) Judge Aleta A. Trauger |
| Respondent. | ) |

## ORDER

On December 1, 2025, the Magistrate Judge issued a Report and Recommendation (Doc. No. 20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the petition for relief under 18 U.S.C. § 2255 is DENIED.

The court has some concern that Mr. Williams did not receive notice of this Report and Recommendation and, therefore, could not have objected to it even if he wanted to. He filed this case in April 2023, and it was referred to the Magistrate Judge for a report and recommendation on February 14, 2024. In the meantime, Mr. Williams has been released from federal custody, and any copy of the Report and Recommendation mailed to him at his address of record within the Bureau of Prisons has probably not reached him, because he has been released from federal custody. All litigants have a responsibility to keep the court informed of their present mailing addresses, and Mr. Williams has not done so, even though he is aware that this case has not been disposed of. The court has no alternative but to rule on the record before it.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

ALETA A. TRAUGER
United States District Judge